# ADAMS & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION
LAWYERS
CITY PLACE BUILDING
204 NORTH ROBINSON
TWENTY FIFTH FLOOR

## OKLAHOMA CITY, OKLAHOMA 73102

405 - 232 - 9100
FAX 232 - 9114

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 8 2006 ★

**BROOKLYN OFFICE**

May 1, 2006

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Lloyd Beirne and David Davidson*
        Criminal Case No. 02-681 (JG)

Dear Judge Gleeson:

I am writing this letter in regard to Lloyd Beirne and David Davidson (at the request of Marty Russo) regarding the Sentencing hearing which is currently set on May 19, 2006, at 11:00 a.m.  The court website reflects that only Mr. Davidson is scheduled for sentencing on May 19, 2006, **not** Mr. Beirne.  My secretary has left a message with Vivian of your office to determine if there is any mistake concerning no sentencing date for Mr. Beirne.  The case of Mr. Beirne and Mr. Davidson regarding these objections and cooperation are virtually identical.

Both Defendants and their counsel would request an adjournment of the sentencing.  Lloyd Beirne's daughter has her first communion on May 19, 2006, and David Davidson's son has his bar-mitzvah on May 20, 2006.

On May 15, 2006, in Oklahoma County, Oklahoma, I currently have a trial scheduled in the case of *Delira v. Delira,* Case No. FD-2001-2170, before the Honorable Michael Chionopoulos; a trial scheduled on May 22, 2006, in the case of *St. v. Herbert Jackson,* Case No. CF-04-3293, before the Honorable Tammy Bass-Jones; and a Preliminary Hearing scheduled on May 22, 2006, in the case of *St. v. Mitchell Short,* Case No. CF-2005-7545, before the Honorable Fred Doak.

*Sentence is adjourned to 7/28/06 @11:00AM*

s/John Gleeson

On today's date, my objections to the Presentence Investigation Report were forwarded under separate cover.

Finally, on behalf of David Davidson (by Marty Russo) and Lloyd Beirne, we are respectfully requesting an adjournment of the sentencing currently scheduled on May 19, 2006, until July or August, 2006. I have contacted Assistant United States Attorney Shawn Casey and he has no objection to our request for adjournment.

Sincerely,

ADAMS & ASSOCIATES, P.C.

By: Scott Adams

RSA:sc

xc:    Shawn Casey AUSA
       Martin Russo